UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAISHA DORSEY, | ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) Case No. 4:07CV01485 JCH ) (FRB) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant(s). | ) |

## JUDGMENT AND ORDER OF REMAND

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is reversed and remanded to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g).

Dated this 15th day of October, 2008.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE